(*Supreme Court of Illinois.*)

## Martha E. Emmons, et al., etc.

### vs.

## Catherine Moore.

(January Term, 1878.)

REHEARING. Correction of expressions in opinion.

*Scoville & Bayley,* for appellants.
*Sleeper & Whiton,* for appellee.

CRAIG, J. :—

There is a petition for a rehearing, which has been examined, but the court do not see sufficient ground to disturb the judgment that was entered when the cause was considered. The petition will be denied. We will, however, take occasion to correct some expressions in the opinion, not, indeed, to change the judgment in any respect.

See 85 Ill. 304.—Ed.

---

(*Supreme Court of Illinois.*)

## Peters

### vs.

## Banta.

(January Term, 1878.)

APPEAL. Appeal will not be dismissed because bill of exceptions is stricken out of record.

WALKER, J. :—

There is a motion entered to dismiss the appeal because the bill of exceptions has been stricken out. We can see no reason for dismissing the appeal because there is no bill of exceptions. A party can appeal without a bill of exceptions if he wants to raise questions independent of the proceedings had upon the trial before the jury. The motion will be denied.